**Opinion filed August 31, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00240-CV

_____

## IN RE ALEXANDER HERNANDEZ

**Original Mandamus Proceeding**

### M E M O R A N D U M   O P I N I O N

Relator, Alexander Hernandez, has brought a mandamus action against the Honorable Barbara B. Rollins, Judge of the County Court at Law No. 2 of Taylor County, Texas. He alleges that Judge Rollins abused her discretion when she denied Relator's motion to compel appraisal in Relator's suit against USAA Texas Lloyd's Company, the real party in interest. In the underlying suit, Relator seeks to recover insurance benefits allegedly owed under a homeowner's insurance policy issued by Real Party in Interest.

Although Relator attached to his petition for writ of mandamus a copy of the insurance policy at issue, Relator's Notice of Appraiser, Relator's Motion to Compel Appraisal and for Abatement, Real Party in Interest's response to Relator's motion,

Real Party in Interest's objection to Relator's appointment of appraiser and motion to strike, and the order in which Judge Rollins denied Relator's motion to compel appraisal, Relator did not attach a transcript of the hearing on the motion to compel. Rule 52.7(a)(2) of the Texas Rules of Appellate Procedure requires Relator to file a properly authenticated transcript of any relevant testimony from the underlying proceeding, including any exhibits offered into evidence during such proceeding. Relator states in his petition that the trial court ruled on his motion after a hearing. Relator has not provided us with a written statement that no testimony was adduced at the hearing. *See* TEX. R. APP. P. 52.7(a)(2). Therefore, we hold that Relator has not presented us with sufficient documentation to demonstrate that he is entitled to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992).

We deny Relator's petition for writ of mandamus.


PER CURIAM


August 31, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.